Dean B. Herman (SBN 076752)
Catherine L. Rivard (SBN 126237)
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA  90071
Tel:  (213) 955-7700;  Fax:  (213) 955-7725
Email:  dean.herman@mendes.com
          catherine.rivard@mendes.com

JS-6

Attorneys for Plaintiff
HARTFORD CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM HABLINSKI ARCHITECTURE, a California partnership, et al.,<br><br>　　　　Defendants.<br>_____<br>AND RELATED CROSS-ACTION.<br>_____ | CASE NO.  CV 05-3967 CAS (PJWx)<br><br>**JUDGMENT** |

This matter came on for hearing on March 13, 2006, in Courtroom 5 of the United States District Court, Central District of California, the Honorable Christina A. Snyder presiding, upon the cross-motions for partial summary judgment made by Plaintiff Hartford Casualty Insurance Company ("Hartford"), on the one hand, and Defendants Euroconcepts, Inc.; Parviz Elihu; Daniel Elihu; Albert Elihu; Joseph Elihu; Hayadeh Elihu, and Amir Construction, Inc. (collectively, the "Euroconcepts Defendants"), on the other hand, on the first claim for declaratory relief relating to Hartford's alleged duty to defend the Euroconcepts Defendants in the underlying action entitled *William Hablinski Architecture v. Amir*

*Construction, Inc., et al.,* Case No. CV 03-6365 CAS (PJWx) in the United States District Court for the Central District of California (the "Hablinski Action").

Both Hartford and the Euroconcepts Defendants were represented by their respective counsel. Defendants William Hablinski Architecture, William Hablinski, and Richard Manion (the "Hablinski Parties") also were present at the hearing through their counsel. After considering the parties' submissions, and the arguments of counsel, the Court granted Hartford's motion for partial summary judgment and denied the Euroconcepts Defendants' motion for partial summary judgment.

The parties have stipulated that the court's decision as to the first claim for relief is dispositive of the second claim for declaratory relief as to Hartford's alleged duty to indemnify the Euroconcepts Defendants in the Hablinski Action, and renders moot the third claim for relief as to the application of Hartford's policy limits to any alleged duty to indemnify the Euroconcepts Defendants in the Hablinski Action. Further, the parties have stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal without prejudice of the Cross-Action by the Hablinski Parties against the Euroconcepts Defendants.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

By reason of the Court's ruling on the motion for partial summary judgment and the parties' stipulation as to the effect thereof, judgment is hereby entered in the main action as follows:

1. On the first and second claims for relief, the Court grants judgment in favor of Hartford and declares that there was no potential for coverage for the Hablinski Action under Hartford Policy No. 72 SBA AB3721 issued to Euroconcepts, and that Hartford had and has no duty to defend or indemnify any of the Euroconcepts Defendants in the Hablinski Action or to pay any judgment in the Hablinski Action.

**[PROPOSED] JUDGMENT ON HARTFORD CASUALTY'S COMPLAINT, CASE NO. CV 05-4042**

2. The third claim for declaratory relief is dismissed as moot, as there is no longer any actual and justiciable controversy as to whether any duty on the part of Hartford to indemnify may be limited by the policy limits.

Hartford, as the prevailing party, shall recover from the Euroconcepts Defendants its taxable costs of suit in this matter as taxed by the Clerk under the provisions of Federal Rule of Civil Procedure 54.  The sums awarded by this Court as costs shall bear postjudgment interest at the current U.S. Treasury Constant Maturity rate, from the date this judgment is entered until it is paid.

IT IS SO ORDERED.

Dated:  _August 12, 2008_____By:  _____
                                        Christina A. Snyder
                                        United States District Judge